*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Suman Devi | Case No. 3:26-cv-01921 |
| Plaintiff | |
| | |
| VS. | Judge |
| Warden, et al. | Magistrate Judge |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Daljit Ghuman</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of <u>Suman Devi</u> in the above described action.

SO ORDERED on this, the <u>8th</u> day of <u>June</u>, 20<u>26</u>.

_____
U.S. Magistrate Judge