## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

SUMAN DEVI                                    DOCKET NO. 3:26-cv-01921

VERSUS                                        JUDGE JAMES D. CAIN, JR.

WARDEN, RICHWOOD CORRECTIONAL        MAGISTRATE
JUDGE WHITEHURST
CENTER

### ORDER

Before the court is a petition for writ of habeas corpus [doc. 1] filed pursuant

to 28 U.S.C. § 2241 by petitioner Suman Devi.  Devi, a native of India, is presently

detained at the Richwood Correctional Center and challenges her prolonged

detention.  The District Judge denied Petitioner's Motion for Temporary Restraining

Order and referred the matter to the undersigned for expedited review.  Doc. 5.

Accordingly, in order for the court to determine an appropriate resolution to

Petitioner's claims,

**THE CLERK IS DIRECTED** to serve a summons, a copy of the petition

[doc. 1], and a copy of this order by certified mail on the United States through the

United States Attorney for the Western District of Louisiana, the United States

Attorney General, U.S. Immigration and Customs Enforcement (DHS/ICE)-Office

of General Counsel, and by regular mail on the Warden of the Richwood

Correctional Center.

-1-

The Respondent is **ORDERED** to respond within **twenty-eight (28)** days of service. In the answer, Respondents shall provide the Court with summary judgment evidence indicating whether there is a significant likelihood of removal in the reasonably foreseeable future or whether Petitioner's detention is otherwise lawful. This evidence shall include all documents relevant to the efforts made by the immigration officials to obtain travel documents for Petitioner.  Respondents shall also file a memorandum of law briefing the issues raised in the answer and citing applicable statutory and case law. The memorandum should also address whether there is a significant likelihood of removing Petitioner from the United States in the reasonably foreseeable future. If the Respondent does not contest the contentions set forth in the petition, it should inform the Court and provide the relief sought.

**IT IS FURTHER ORDERED** that Petitioner will be given ten (10) days following the filing of Respondents' answer to produce contradictory evidence on the issue of the lawfulness of his detention.

**After the record is complete and all legal delays have run, the court will determine the necessity of an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will issue without further notice.**

-2-

Petitioner's failure to comply with this order or to notify the court of any change in his address will result in a recommendation that his petition be dismissed without prejudice under LR 41.3.

THUS DONE AND SIGNED in chambers this 12th day of June, 2026.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

-3-